IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                        CRIMINAL ACTION NO. 3:09CR169-P-A

SHEANIKA FAULKNER

## ORDER

This cause is before the Court on defendant Faulkner's Motion for Continuance [15]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for February 1, 2010. Faulkner's counsel seeks a continuance to allow an adequate review of the voluminous discovery material and to prepare a defense to the pending charges. The government does not oppose the relief sought in the instant motion. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from February 1, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to investigate and prepare a defense to the charges at issue. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [15] is GRANTED;

2. That the trial of this matter is continued until Monday, March 29, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from February 1, 2010 until March 29, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is March 8, 2010;

5. That the deadline for submitting a plea agreement is March 15, 2010.

SO ORDERED, this the 25th day of January, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE